# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: ELQUNNI, KHALED § Case No. 09-74463
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 13, 2009. The undersigned trustee was appointed on April 19, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of $ 11,920.23

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 3.82 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $ 11,916.41 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (10/1/2010)**

6. The deadline for filing  non-governmental claims in this case was 07/07/2010 and the deadline for filing governmental claims was 07/07/2010.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,942.02.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,942.02, for a total compensation of $1,942.02.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $29.00, for total expenses of $29.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: _02/11/2011_          By:/s/JOSEPH D. OLSEN _____
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

UST Form 101-7-TFR (10/1/2010)

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 09-74463

Case Name: ELQUNNI, KHALED

Period Ending: 02/11/11

Trustee:   (330400)   JOSEPH D. OLSEN

Filed (f) or Converted (c):   10/13/09 (f)

§341(a) Meeting Date:   11/18/09

Claims Bar Date:   07/07/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 1703 Koda Dr., Marengo, (Tenants by En | 492,500.00 | 0.00 | DA | 0.00 | FA |
| 2 | Citi Bank Checking Account | 500.00 | 0.00 | DA | 0.00 | FA |
| 3 | Household Furniture/Appliances: tv, washer, drye | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Clothing | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | Citi Bank Roth IRA | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | 90 Shares of Pepsi stock  (u) | 0.00 | 5,900.00 | | 4,275.64 | FA |
| 7 | 167 shares of MetLife  (u) | 0.00 | 7,300.00 | | 7,643.59 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 1.00 | Unknown |
| 8 | Assets       Totals (Excluding unknown values) | $500,600.00 | $13,200.00 | | $11,920.23 | $0.00 |

Major Activities Affecting Case Closing:

The Trustee has made a demand letter regarding Bank of New York Mellon, who is the custodian of the Pepsi stock, for turnover of either the stock or to liquidate same and turnover the proceed. Presume that will be accomplished during the first quarter of 2011. Tax returns will be filed if necessary and the final report will be completed by 12/31/11. Proof of claims will be reviewed and objected during the first quarter of 2011.

Initial Projected Date Of Final Report (TFR):   December 31, 2011          Current Projected Date Of Final Report (TFR):   December 31, 2011

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-74463 |
| Case Name: | ELQUNNI, KHALED |
| Taxpayer ID #: | **-***9923 |
| Period Ending: | 02/11/11 |

| | |
|---|---|
| **Trustee:** | JOSEPH D. OLSEN (330400) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******88-65 - Money Market Account |
| **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 05/18/10 | {6} | Pepsico | surrender of acct. | 1229-000 | 4,275.64 | | 4,275.64 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.10 | | 4,275.74 |
| 06/04/10 | | To Account #9200******8866 | Payment of bond premium | 9999-000 | | 3.55 | 4,272.19 |
| 06/08/10 | | To Account #9200******8866 | balance of bond premium | 9999-000 | | 0.27 | 4,271.92 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.25 | | 4,272.17 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.25 | | 4,272.42 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.25 | | 4,272.67 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,272.70 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,272.73 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,272.76 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,272.79 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,272.82 |
| 02/09/11 | {7} | MetLife | Sale of shares | 1229-000 | 7,643.59 | | 11,916.41 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 11,920.23 | 3.82 | $11,916.41 |
| Less: Bank Transfers | | 0.00 | 3.82 |
| Subtotal | | 11,920.23 | 0.00 |
| Less: Payments to Debtors | | | 0.00 |
| NET Receipts / Disbursements | | $11,920.23 | $0.00 |

Exhibit B

# Form 2
Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-74463 |
| Case Name: | ELQUNNI, KHALED |
| | |
| Taxpayer ID #: | **-***9923 |
| Period Ending: | 02/11/11 |

| | |
|---|---|
| Trustee: | JOSEPH D. OLSEN (330400) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******88-66 - Checking Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/04/10 | | From Account #9200******8865 | Payment of bond premium | 9999-000 | 3.55 | | 3.55 |
| 06/04/10 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2010 FOR CASE #09-74463, Bond premium #016018067 Voided on 06/07/10 | 2300-003 | | 3.55 | 0.00 |
| 06/07/10 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2010 FOR CASE #09-74463, Bond premium #016018067 Voided: check issued on 06/04/10 | 2300-003 | | -3.55 | 3.55 |
| 06/08/10 | | From Account #9200******8865 | balance of bond premium | 9999-000 | 0.27 | | 3.82 |
| 06/08/10 | 102 | US Bankruptcy Court | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-74463, Bond premium #016018067 Voided on 06/08/10 | 2300-003 | | 3.82 | 0.00 |
| 06/08/10 | 102 | US Bankruptcy Court | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-74463, Bond premium #016018067 Voided: check issued on 06/08/10 | 2300-003 | | -3.82 | 3.82 |
| 06/08/10 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-74463, Bond Premium #016018067 | 2300-000 | | 3.82 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 3.82 | 3.82 | $0.00 |
| Less: Bank Transfers | 3.82 | 0.00 | |
| Subtotal | 0.00 | 3.82 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $3.82 | |

| | |
|---|---|
| Net Receipts : | 11,920.23 |
| Net Estate : | $11,920.23 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # 9200-******88-65 | 11,920.23 | 0.00 | 11,916.41 |
| Checking # 9200-******88-66 | 0.00 | 3.82 | 0.00 |
| | $11,920.23 | $3.82 | $11,916.41 |

{} Asset reference(s)

Printed: 02/11/2011 08:21 AM    V.12.56

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER
**Claims Bar Date:** July 7, 2010

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** 09-74463 | | | **Page:** 1 | | **Date:** February 11, 2011 | |
| **Debtor Name:** ELQUNNI, KHALED | | | | | **Time:** 08:21:54 AM | |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $1,942.02 | $0.00 | 1,942.02 |
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $29.00 | $0.00 | 29.00 |
| 200 | Yalden, Olsen & Willette<br>1318 East State Street<br>Rockford, IL 61104 | Admin Ch. 7 | | $772.50 | $0.00 | 772.50 |
| 1<br>610 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $13,814.28 | $0.00 | 13,814.28 |
| 2<br>610 | Illinois State Bank<br>1301 Pyott Rd.<br>Lake In The Hills, IL 60156-9794 | Unsecured | | $50,029.04 | $0.00 | 50,029.04 |
| 3<br>610 | Advanta Bank Corp. in receivership of<br>FDIC<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $51,289.99 | $0.00 | 51,289.99 |
| 4<br>610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $40,837.85 | $0.00 | 40,837.85 |
| 5<br>610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $13,628.83 | $0.00 | 13,628.83 |
| 6<br>610 | WORLD'S FOREMOST BANK<br>CABELA'S CLUB VISA<br>PO BOX 82609<br>LINCOLN, NE 68501-2609 | Unsecured | | $1,810.55 | $0.00 | 1,810.55 |
| 7<br>610 | GE Money Bank dba LOWES CONSUMER<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | Unsecured | | $3,782.75 | $0.00 | 3,782.75 |
| 8<br>610 | GE Money Bank dba SAM'S CLUB BRC<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | Unsecured | | $11,215.92 | $0.00 | 11,215.92 |
| 9<br>610 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $63,673.60 | $0.00 | 63,673.60 |
| 10<br>610 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $23,496.32 | $0.00 | 23,496.32 |

# E X H I B I T  A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:**

| Case Number: 09-74463 | | | Page: 2 | | Date: February 11, 2011 |
|---|---|---|---|---|---|
| Debtor Name: ELQUNNI, KHALED | | | | | Time: 08:21:54 AM |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| << Totals >> | | | | 276,322.65 | 0.00 | 276,322.65 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-74463
Case Name: ELQUNNI, KHALED
Trustee Name: JOSEPH D. OLSEN

| | Balance on hand: | $ | 11,916.41 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | Total to be paid to secured creditors: | $ | 0.00 |
| | Remaining balance: | $ | 11,916.41 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,942.02 | 0.00 | 1,942.02 |
| Trustee, Expenses - JOSEPH D. OLSEN | 29.00 | 0.00 | 29.00 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 772.50 | 0.00 | 772.50 |

| | Total to be paid for chapter 7 administration expenses: | $ | 2,743.52 |
| | Remaining balance: | $ | 9,172.89 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| | Remaining balance: | $ | 9,172.89 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (10/1/2010)**

Total to be paid for priority claims:   $          0.00
Remaining balance:   $       9,172.89

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 273,579.13 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 13,814.28 | 0.00 | 463.19 |
| 2 | Illinois State Bank | 50,029.04 | 0.00 | 1,677.44 |
| 3 | Advanta Bank Corp. in receivership of | 51,289.99 | 0.00 | 1,719.71 |
| 4 | Chase Bank USA, N.A. | 40,837.85 | 0.00 | 1,369.26 |
| 5 | Chase Bank USA, N.A. | 13,628.83 | 0.00 | 456.96 |
| 6 | WORLD'S FOREMOST BANK | 1,810.55 | 0.00 | 60.71 |
| 7 | GE Money Bank dba LOWES CONSUMER | 3,782.75 | 0.00 | 126.83 |
| 8 | GE Money Bank dba SAM'S CLUB BRC | 11,215.92 | 0.00 | 376.06 |
| 9 | Fia Card Services, NA/Bank of America | 63,673.60 | 0.00 | 2,134.92 |
| 10 | Fia Card Services, NA/Bank of America | 23,496.32 | 0.00 | 787.81 |

Total to be paid for timely general unsecured claims:   $       9,172.89
Remaining balance:   $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardy general unsecured claims:   $          0.00
Remaining balance:   $          0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

|  |  |
|---|---|
| Total to be paid for subordinated claims: $ | 0.00 |
| Remaining balance: $ | 0.00 |

UST Form 101-7-TFR (10/1/2010)