**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: ELQUNNI, KHALED　　　　　　　　　　　§　Case No. 09-74463
　　　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　　　　§

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

　　　JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $500,600.00　　　　　　　Assets Exempt:  $23,100.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $9,172.89　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　Without Payment:  $264,406.24

Total Expenses of Administration:  $2,747.34

---

　　　3)  Total gross receipts of $   11,920.23   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     0.00    (see **Exhibit 2**), yielded net receipts of $11,920.23 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,747.34 | 2,747.34 | 2,747.34 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 273,579.13 | 273,579.13 | 9,172.89 |
| **TOTAL DISBURSEMENTS** | $0.00 | $276,326.47 | $276,326.47 | $11,920.23 |

     4) This case was originally filed under Chapter 7 on October 13, 2009. The case was pending for 21 months.

     5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/27/2011      By: /s/JOSEPH D. OLSEN
                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 90 Shares of Pepsi stock | 1229-000 | 4,275.64 |
| 167 shares of MetLife | 1229-000 | 7,643.59 |
| Interest Income | 1270-000 | 1.00 |
| **TOTAL GROSS RECEIPTS** | | **$11,920.23** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,942.02 | 1,942.02 | 1,942.02 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 29.00 | 29.00 | 29.00 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 772.50 | 772.50 | 772.50 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 3.82 | 3.82 | 3.82 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,747.34 | 2,747.34 | 2,747.34 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 13,814.28 | 13,814.28 | 463.19 |
| 2 | Illinois State Bank | 7100-000 | N/A | 50,029.04 | 50,029.04 | 1,677.44 |
| 3 | Advanta Bank Corp. in receivership of | 7100-000 | N/A | 51,289.99 | 51,289.99 | 1,719.71 |
| 4 | Chase Bank USA, N.A. | 7100-000 | N/A | 40,837.85 | 40,837.85 | 1,369.26 |
| 5 | Chase Bank USA, N.A. | 7100-000 | N/A | 13,628.83 | 13,628.83 | 456.96 |
| 6 | WORLD'S FOREMOST BANK | 7100-000 | N/A | 1,810.55 | 1,810.55 | 60.71 |
| 7 | GE Money Bank dba LOWES CONSUMER | 7100-000 | N/A | 3,782.75 | 3,782.75 | 126.83 |
| 8 | GE Money Bank dba SAM'S CLUB BRC | 7100-000 | N/A | 11,215.92 | 11,215.92 | 376.06 |
| 9 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 63,673.60 | 63,673.60 | 2,134.92 |
| 10 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 23,496.32 | 23,496.32 | 787.81 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 273,579.13 | 273,579.13 | 9,172.89 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-74463  
**Case Name:** ELQUNNI, KHALED  

**Period Ending:** 06/27/11

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 10/13/09 (f)  
**§341(a) Meeting Date:** 11/18/09  
**Claims Bar Date:** 07/07/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Location: 1703 Koda Dr., Marengo, (Tenants by En | 492,500.00 | 0.00 | DA | 0.00 | FA |
| 2 | Citi Bank Checking Account | 500.00 | 0.00 | DA | 0.00 | FA |
| 3 | Household Furniture/Appliances: tv, washer, drye | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Clothing | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | Citi Bank Roth IRA | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | 90 Shares of Pepsi stock (u) | 0.00 | 5,900.00 | | 4,275.64 | FA |
| 7 | 167 shares of MetLife (u) | 0.00 | 7,300.00 | | 7,643.59 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.00 | Unknown |
| 8 | Assets Totals (Excluding unknown values) | **$500,600.00** | **$13,200.00** | | **$11,920.23** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee has made a demand letter regarding Bank of New York Mellon, who is the custodian of the Pepsi stock, for turnover of either the stock or to liquidate same and turnover the proceed. Presume that will be accomplished during the first quarter of 2011. Tax returns will be filed if necessary and the final report will be completed by 12/31/11. Proof of claims will be reviewed and objected during the first quarter of 2011.

**Initial Projected Date Of Final Report (TFR):** December 31, 2011    **Current Projected Date Of Final Report (TFR):** December 31, 2011

Printed: 06/27/2011 11:13 AM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-74463  
**Case Name:** ELQUNNI, KHALED  

**Taxpayer ID #:** **-***9923  
**Period Ending:** 06/27/11  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******88-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/18/10 | {6} | Pepsico | surrender of acct. | 1229-000 | 4,275.64 | | 4,275.64 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.10 | | 4,275.74 |
| 06/04/10 | | To Account #9200******8866 | Payment of bond premium | 9999-000 | | 3.55 | 4,272.19 |
| 06/08/10 | | To Account #9200******8866 | balance of bond premium | 9999-000 | | 0.27 | 4,271.92 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.25 | | 4,272.17 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.25 | | 4,272.42 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.25 | | 4,272.67 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,272.70 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,272.73 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,272.76 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,272.79 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,272.82 |
| 02/09/11 | {7} | MetLife | Sale of shares | 1229-000 | 7,643.59 | | 11,916.41 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 11,916.48 |
| 03/30/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.09 | | 11,916.57 |
| 03/30/11 | | To Account #9200******8866 | F. rpt | 9999-000 | | 11,916.57 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 11,920.39 | 11,920.39 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 11,920.39 | |
| | | | **Subtotal** | | 11,920.39 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$11,920.39** | **$0.00** | |

{} Asset reference(s)

Printed: 06/27/2011 11:13 AM   V.12.57

## Form 2

### Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-74463 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | ELQUNNI, KHALED | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******88-66 - Checking Account |
| Taxpayer ID #: | **-***9923 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 06/27/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/04/10 | | From Account #9200******8865 | Payment of bond premium | 9999-000 | 3.55 | | 3.55 |
| 06/04/10 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2010 FOR CASE #09-74463, Bond premium #016018067 Voided on 06/07/10 | 2300-003 | | 3.55 | 0.00 |
| 06/07/10 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2010 FOR CASE #09-74463, Bond premium #016018067 Voided: check issued on 06/04/10 | 2300-003 | | -3.55 | 3.55 |
| 06/08/10 | | From Account #9200******8865 | balance of bond premium | 9999-000 | 0.27 | | 3.82 |
| 06/08/10 | 102 | US Bankruptcy Court | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-74463, Bond premium #016018067 Voided on 06/08/10 | 2300-003 | | 3.82 | 0.00 |
| 06/08/10 | 102 | US Bankruptcy Court | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-74463, Bond premium #016018067 Voided: check issued on 06/08/10 | 2300-003 | | -3.82 | 3.82 |
| 06/08/10 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-74463, Bond Premium #016018067 | 2300-000 | | 3.82 | 0.00 |
| 03/30/11 | Int | The Bank of New York Mellon | Reverse Interest Posting | 1270-000 | -0.16 | | -0.16 |
| 03/30/11 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 0.16 | | 0.00 |
| 03/30/11 | | From Account #9200******8865 | F. rpt | 9999-000 | 11,916.57 | | 11,916.57 |
| 03/30/11 | 104 | Yalden, Olsen & Willette | Dividend paid 100.00% on $772.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 772.50 | 11,144.07 |
| 03/30/11 | 105 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,942.02, Trustee Compensation;  Reference: | 2100-000 | | 1,942.02 | 9,202.05 |
| 03/30/11 | 106 | JOSEPH D. OLSEN | Dividend paid 100.00% on $29.00, Trustee Expenses;  Reference: | 2200-000 | | 29.00 | 9,173.05 |
| 03/30/11 | 107 | Discover Bank | Dividend paid 3.35% on $13,814.28; Claim# 1; Filed: $13,814.28; Reference: | 7100-000 | | 463.19 | 8,709.86 |
| 03/30/11 | 108 | Illinois State Bank | Dividend paid 3.35% on $50,029.04; Claim# 2; Filed: $50,029.04; Reference: | 7100-000 | | 1,677.44 | 7,032.42 |
| 03/30/11 | 109 | Advanta Bank Corp. in receivership of | Dividend paid 3.35% on $51,289.99; Claim# 3; Filed: $51,289.99; Reference: | 7100-000 | | 1,719.71 | 5,312.71 |
| 03/30/11 | 110 | WORLD'S FOREMOST BANK | Dividend paid 3.35% on $1,810.55; Claim# 6; Filed: $1,810.55; Reference: | 7100-000 | | 60.71 | 5,252.00 |
| 03/30/11 | 111 | GE Money Bank dba LOWES | Dividend paid 3.35% on $3,782.75; Claim# 7; | 7100-000 | | 126.83 | 5,125.17 |

Subtotals : $11,920.39  $6,795.22

{} Asset reference(s)

Printed: 06/27/2011 11:13 AM    V.12.57

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 09-74463 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | ELQUNNI, KHALED | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******88-66 - Checking Account |
| Taxpayer ID #: | **-***9923 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 06/27/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | CONSUMER | Filed: $3,782.75; Reference: | | | | |
| 03/30/11 | 112 | GE Money Bank dba SAM'S CLUB BRC | Dividend paid 3.35% on $11,215.92; Claim# 8; Filed: $11,215.92; Reference: | 7100-000 | | 376.06 | 4,749.11 |
| 03/30/11 | 113 | Chase Bank USA, N.A. | Combined Check for Claims#4,5 | | | 1,826.22 | 2,922.89 |
| | | | Dividend paid 3.35% on 1,369.26 $40,837.85; Claim# 4; Filed: $40,837.85 | 7100-000 | | | 2,922.89 |
| | | | Dividend paid 3.35% on 456.96 $13,628.83; Claim# 5; Filed: $13,628.83 | 7100-000 | | | 2,922.89 |
| 03/30/11 | 114 | Fia Card Services, NA/Bank of America | Combined Check for Claims#9,10 | | | 2,922.73 | 0.16 |
| | | | Dividend paid 3.35% on 2,134.92 $63,673.60; Claim# 9; Filed: $63,673.60 | 7100-000 | | | 0.16 |
| | | | Dividend paid 3.35% on 787.81 $23,496.32; Claim# 10; Filed: $23,496.32 | 7100-000 | | | 0.16 |
| 03/31/11 | Int | The Bank of New York Mellon | Reverse Interest Posting | 1270-000 | -0.09 | | 0.07 |
| 05/16/11 | Int | The Bank of New York Mellon | Reverse Interest Posting | 1270-000 | -0.07 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | **11,920.23** | **11,920.23** | **$0.00** |
| | | | Less: Bank Transfers | | 11,920.39 | 0.00 | |
| | | | **Subtotal** | | **-0.16** | **11,920.23** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$-0.16** | **$11,920.23** | |

| Net Receipts : | 11,920.23 |
|---|---|
| Net Estate : | $11,920.23 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******88-65 | 11,920.39 | 0.00 | 0.00 |
| Checking # 9200-******88-66 | -0.16 | 11,920.23 | 0.00 |
| | $11,920.23 | $11,920.23 | $0.00 |

{} Asset reference(s)

Printed: 06/27/2011 11:13 AM  V.12.57